UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

KIMBERLY CANNON-ATKINSON
Plaintiff(s)

Civil No. 98-1408(PG)

v.

WILLIAM S. COHEN
Defendant(s)

| MOTION | ORDER |
|---|---|
| Motion to appear pro hac vice (dkt # 11) | _X_ is GRANTED. |
| | ___ is DENIED. |
| | ___ is MOOT. |

Date: September _8_, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

sk: R. Thomas

(2)

