IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **KIMBERLY CANNON-ATKINSON,** | : | CIVIL CASE NO. 98-1408(PG) |
| **Plaintiff,** | : | |
| v. | : | |
| **WILLIAM S. COHEN, SECRETARY OF DEFENSE,** | : | |
| | : | |
| **Defendant.** | | |

## ORDER EXTENDING DISCOVERY AND RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** having been opened to the Court on the motion of the plaintiff for an Order extending discovery and response to defendant's motion for summary judgment, and the Court having considered the pleadings filed herein, and good cause appearing,

**IT IS** on this 14th day of September, 1999,

**ORDERED** that discovery is hereby extended until September 30, 1999 and the time within plaintiff must submit her response to defendant's summary judgment motion is extended until October 14, 1999.

_____
U.S.D.J.

