ENTERED ON DOCKET 4/28/00 PURSUANT TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

KIMBERLY CANNON-ATKINSON,

Plaintiff,

v.                                              Civ. No. 98-1408 (PG)

WILLIAM S. COHEN, SECERTARY OF
DEFENSE,

Defendant.

## JUDGMENT

Having granted Defendant's Motion for Summary Judgment based on Defendant's legitimate, non-discriminatory reason for not hiring Plaintiff, it is hereby

**ORDERED and ADJUDGED** that the instant action is **DISMISSED with prejudice.**

San Juan, Puerto Rico, April 26, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge