RICHARD R. THOMAS, II, ESQ.
16-18 Beaver Street
Newark, New Jersey 07102
(973) 624-6336
Attorney For Plaintiff
RT 9144

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| KIMBERLY L. CANNON-ATKINSON, | : | |
| Plaintiff, | : | Civil Action No. 98-1408 PG |
| v. | : | |
| WILLIAM S. COHEN, SECRETARY OF DEFENSE, | : | NOTICE OF APPEAL |
| Defendant. | : | |

NOTICE is hereby given that the plaintiff, Kimberly L. Cannon-Atkinson, does hereby appeal to the United States Court of Appeals for the First Circuit from the Order of the United States District Court for the District of Puerto Rico, docketed April 28, 2000.

DATED: May 22, 2000

_____
RICHARD R. THOMAS, II
Attorney for Plaintiff

CCA
5/25/00

